EUGENE SAXE v. HARRY RATNER.— Motion granted on condition that appeal

be promptly proceeded with.     Present.— Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.